## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CALEB MCARTHUR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> V. <br><br> TANGOE, INC., JAMES D. FOY, GERALD D. KOKOS, DAVID COIT, GARY GOLDING, RONALD KAISER, JACKIE R. KIMZEY, RICHARD PONTIN, and NOAH WALLEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-00832-VAB <br><br> August 9, 2017 |

### NOTICE OF WITHDRAWAL OF CHRISTOPHER K. SCHMITT

Please take notice that the appearance of Christopher K. Schmitt, counsel for Defendants Tangoe, Inc., James D. Foy, Gerald D. Kokos, David Coit, Gary Golding, Ronald Kaiser, Jackie R. Kimzey, Richard Pontin, and Noah Walley, is hereby withdrawn.  The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully submitted,

*/s/ Christopher K. Schmitt*

Christopher K. Schmitt (BBO No. 691090)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6235
Fax: (617) 526-5000
christopher.schmitt@wilmerhale.com

CERTIFICATION OF SERVICE

      I hereby certify that on August 9, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by U.S. mail, postage prepaid, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Christopher K. Schmitt*