UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALEB MCARTHUR,
JOSEPH LEVINE,

    Plaintiffs                       Case No. 3:17-cv-0832 (VAB)

    V.

TANGOE, INC., JAMES D. FOY, GERALD D. KOKOS,
DAVID COIT, GARY GOLDING, RONALD KAISER,
JACKIE R. KIMZEY, RICHARD PONTIN, NOAH WALLEY,

    Defendants.

## JUDGMENT

This matter came on for consideration of the defendants' motion to dismiss doc. #47 before the Honorable Victor A. Bolden, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on July 31, 2018 a ruling entered granting the defendants' motion absent the filing of an amended complaint. An amended complaint having not been filed, it is hereby;

ORDERED, ADJUDGED and DECREED that judgment is entered dismissing the action in favor of the defendants, Tangoe, Inc., James D. Foy, Gerald D. Kokos, David Coit, Gary Golding, Ronald Kaiser, Jackie R. Kimzey, Richard Pontin, and Noah Walley and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of October 2018.

                                                     ROBIN D. TABORA, Clerk

                                                     By   /s/ Kristen Gould
                                                           Kristen Gould
                                                           Deputy Clerk

EOD:10/19/18